**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mt Pleasant Healthcare & Rehab, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | **1:16-bk-10282-NWW** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **C & B Linen**<br>**PO Box 478**<br>**Waynesboro, TN 38485** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Chattanooga Business Machines**<br>**c/o David Ward**<br>**100 Cherokee Blvd Suite 204**<br>**Chattanooga, TN 37405** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Data Facts**<br>**PO Box 4276**<br>**Cordova, TN 38088** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **First Call Ambulance**<br>**PO Box 17345**<br>**Nashville, TN 37217** |

| Debtor 1 | Mt Pleasant Healthcare & Rehab, LLC | | | Case number *(if known)* | 1:16-bk-10282-NWW |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Flamegas** |
| | List the contract number of any government contract | PO Box 660288<br>Dallas, TX 75266 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Gibbs Lawncare** |
| | List the contract number of any government contract | 710 First St<br>Lawrenceburg, TN 38464 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Haul Away Service** |
| | List the contract number of any government contract | 8000 Mt Joy Rd<br>Mount Pleasant, TN 38474 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Hidden Acres Properties LLC**<br>William M. Foster |
| | List the contract number of any government contract | 901 Mountain Creek Road Ste 201<br>ste 201<br>Chattanooga, TN 37405 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Optima Healthcare Solutions** |
| | List the contract number of any government contract | PO Box 2766<br>Stuart, FL 34995 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **PharMerica Corporation**<br>Phillip A. Martin |
| | List the contract number of | 101 South Fifth Street, 27th Floor<br>Louisville, KY 40202 |

Debtor 1  **Mt Pleasant Healthcare & Rehab, LLC**    Case number *(if known)*  **1:16-bk-10282-NWW**
First Name   Middle Name   Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| any government contract | |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **SimplexGrinnell**<br>**3200 N Hawthorne St,**<br>**Chattanooga, TN 37406** |
| | List the contract number of any government contract | |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Vikus**<br>**2255 Center St**<br>**Chattanooga, TN 37421** |
| | List the contract number of any government contract | |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Wescom Solutions**<br>**5570 Explorer Dr**<br>**Mississauga, ON** |
| | List the contract number of any government contract | |